NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MILTON DELACRUZ,                           )
                                           )
              Appellant,                    )
                                           )
v.                                         )        Case No. 2D18-4452
                                           )
STATE OF FLORIDA,                          )
                                           )
              Appellee.                     )
                                           )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten and Charles Sniffen,
Judges.

Milton Delacruz, pro se.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.


CASANUEVA, MORRIS, and SALARIO, JJ., Concur.